# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JEFFREY E. MORGAN,**

    **Plaintiff,**

**v.**                                                                                         **Case No. 1:19-cv-47-AW-GRJ**

**SADIE DARNELL, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the magistrate judge's report and recommendation. ECF No. 14. There have been no objections filed. The report and recommendation is accepted and adopted as the Court's opinion, and this case will be dismissed.

The Court notes that the report and recommendation, which the Clerk mailed to Plaintiff, was returned as undeliverable. ECF No. 15. The mailing was addressed to Plaintiff at the Alachua County Jail, and the return noted that Plaintiff was "not in custody." ECF No. 15. The mailing address Plaintiff provided was, indeed, the Alachua County Jail. ECF No. 1 at 2; ECF No. 2. And as the report and recommendation notes, the Court advised Plaintiff that he was "required to advise the Clerk's Office in writing of any change in [his] mailing address by filing a Notice of Change of Address." ECF No. 3. Thus, although it appears Plaintiff may not have received actual notice of the report and recommendation, it is only because of his failure to update the Court with his new mailing address.

The Clerk is directed to enter judgment stating, "This case is dismissed without prejudice." The Clerk is also directed to close the file.

SO ORDERED on August 20, 2019.

s/ *Allen Winsor*
United States District Judge